Brent O. Hatch (5715)
  hatch@hatchpc.com
Tyler V. Snow (12668)
  snow@hatchpc.com
HATCH LAW GROUP
22 East 100 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 869-1919

*Attorneys for Plaintiff*
(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DIVISION, DISTRICT OF UTAH**

| | |
|---|---|
| CHRISTOPHER RACKAUCKAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>SAFEMOON LLC, SAFEMOON US, LLC, SAFEMOON CONNECT, LLC, TANO LLC, SAFEMOON LTD, SAFEMOON PROTOCOL LTD, SAFEMOON MEDIA GROUP LTD, DAVID PORTNOY, BRADEN JOHN KARONY, JACK HAINES-DAVIES, RYAN ARRIAGA, SHAUN WITRIOL, HENRY "HANK" WYATT, THOMAS SMITH, KYLE NAGY, JAKE PAUL, NICK CARTER, DeANDRE CORTEZ WAY, BEN PHILLIPS, MILES PARKS McCOLLUM, and DANIEL M. KEEM,<br><br>                    Defendants | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 2:22-cv-00332-DBP<br><br>Magistrate Judge: Dustin B. Pead |

COMES NOW, Christopher Rackauckas ("Plaintiff"), by and through his attorney of record, and hereby gives notice of his voluntary dismissal of this matter, without prejudice, pursuant to F.R.Civ.P. 41. Plaintiff confirms that no Answer or Counterclaims have been filed in this action. Therefore, pursuant to the Rules, this case should be dismissed without prejudice.

DATED: November 2, 2022        Respectfully Submitted,

s/ *Brent O. Hatch*
**HATCH LAW GROUP, PC**
Brent O. Hatch

*Additional Counsel for Plaintiffs:*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
John T. Jasnoch (*pro hac vice forthcoming*)
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Sean T. Masson (*pro hac vice forthcoming*)
smasson@scott-scott.com
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444

**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: 646-350-0527
Velvel Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Edward Normand (*pro hac vice* forthcoming)
tnormand@fnf.law
Stephen Lagos (*pro hac vice* forthcoming)
slagos@fnf.lawc